## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Leann Iosello, individually and on behalf of a class, Plaintiff, v. Gamers Paradise, Inc., and DOES 1-10, Defendants. | FILED STAMP: APRIL 24, 2008<br>08CV2329  J. N.<br>JUDGE DER-YEGHIAYAN<br>MAG. JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Leann Iosello

| NAME (Type or print) |
|---|
| Daniel A. Edelman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel A. Edelman |
| FIRM<br>Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS<br>120 S. LaSalle St. 18th Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>00712094 | TELEPHONE NUMBER<br>(312) 739-4200 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐