AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Leann Iosello, individually and on behalf of a class, Plaintiff,

V.

Gamers Paradise, Inc., and DOES 1-10, Defendants.

CASE NUMBER: 08 CV 2329

ASSIGNED JUDGE: Judge Der-Yeghiayan

DESIGNATED MAGISTRATE JUDGE: Jude Cole

TO: (Name and address of Defendant)

Gamers Paradise, Inc.
6170 W. Grand Ave. #485
Gurnee, Illinois 60031

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin LLC,
120 S. Lasalle 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*
(By) DEPUTY CLERK

May 6, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 05-13-2008 |
| NAME OF SERVER (PRINT) Patrick Richardson | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Gamers Paradise, Inc. 6170 W. Grand Ave. #485 Gurnee, IL. 60031. Accepted by Joseph Gunnell, Store Manager.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 05-14-2008
Date

Signature of Server [signed] Patrick Richardson

Absolute Investigative Solutions, Inc.
100 S. Atkinson Rd. Unit 116, Suite 198
Grayslake, IL. 60030
*Address of Server* IL. Lic. 117-001352

5/14/2008

**OFFICIAL SEAL**
**PATRICIA M BRZEZICKI**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/15/12

[signed] Patricia M Brzezicki

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.