Atty. No. 41106

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LEANN IOSELLO, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 CV 2329 |
| | ) | Judge Der-Yeghiayan |
| GAMERS PARADISE, INC., | ) | Magistrate Judge Cole |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO**:   Please see Certificate of Service.

      **PLEASE TAKE NOTICE** that on June 24, 2008 at 9:00 am, we shall appear before the Honorable Samuel Der-Yeghiayan in Room 1903 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604 (or another Judge sitting in his stead) and there present **PLAINTIFF'S MOTION FOR ORDER OF DEFAULT AND FOR LEAVE TO TAKE LIMITED DISCOVERY**, a copy of which has been filed electronically and is hereby served upon you.

                                          Respectfully submitted,

                                          s/Thomas E. Soule
                                          Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

  I, Thomas E. Soule, hereby certify that on June 10, 2008, a copy of the attached documents were filed electronically with the Court, and that a copy was sent via certified mail and U.S. mail to the following persons on the same date:

Gamers Paradise, Inc.
6170 W. Grand Ave. #485
Gurnee, Illinois 60031

                s/Thomas E. Soule
                Thomas E. Soule