# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Leann Iosello

                Plaintiff,

v.                                                  Case No.: 1:08–cv–02329
                                                  Honorable Samuel Der–Yeghiayan

Gamers Paradise, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 07/31/08 at 9:00 a.m. Plaintiff Leann Iosello's motion for Order of Default and for Leave to Take Limited Discover [14] is entered and continued to 07/31/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.