**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEANN IOSELLO, individually and on behalf of a class, )<br><br>Plaintiff, )<br><br>v. )<br><br>GAMERS PARADISE, INC., and DOES 1-10, )<br><br>Defendants. ) | 1 : 08 CV 2329<br>Judge Der-Yeghiayan<br>Magistrate Judge Cole |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff hereby gives notice of the dismissal of this action without prejudice, and respectfully requests that this Court enter all orders it finds appropriate under the circumstances.

Respectfully submitted,

s/ Thomas E. Soule
Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that on July 18, 2008, the preceding document was filed and then served by U.S. mail upon the following persons:

Gamers Paradise, Inc.
1580 South Milwaukee Avenue
Libertyville IL 60048

Nancy A. Ross
High Ridge Partners, Inc.
140 South Dearborn Street, Suite 420
Chicago IL 60603

Avrum H. Danmen
Berger Newmark & Fenchel PC
303 West Madison Street, 23rd Floor
Chicago IL 60606

James A. Chatz
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago IL 60606

s/ Thomas E. Soule
Thomas E. Soule