**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Leann Iosello

                                Plaintiff,

v.                                                    Case No.: 1:08–cv–02329
                                                      Honorable Samuel Der–Yeghiayan

Gamers Paradise, Inc., et al.

                                Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2008:

        MINUTE entry before the Honorable Samuel Der–Yeghiayan: The Plaintiff
having filed a notice of voluntary dismissal on 07/18/08 [17], the instant action is hereby
voluntarily dismissed pursuant to FRCP 41(a)(1)(i). All pending dates and motions are
hereby stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.